**Entered on Docket
June 16, 2011**

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

Wells Fargo Bank, N.A.
11-70492

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-11-11350-bam |
| Andrew Burch and Sofiya Burch | MS Motion No. 40<br>Date: June 21, 2011<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---:|
| 1 Monthly Payment(s) at $966.93 (June 1, 2011 - June 1, 2011) | $966.93 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Suspense Amount | ($399.21) |
| Total | $1,367.72 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 227.96 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the June 20, 2011 payment and continuing throughout and concluding on or before October 20, 2011. The sixth final payment in the amount of $ 227.92 shall be paid on or before November 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale if the stay is vacated.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the July 1, 2011, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6629 Genevieve Court , Las Vegas,  NV 89108, and legally described as follows:

LOT 72 IN BLOCK 1 JAKES RANCH UNIT 3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 72 OF PLATS, PAGE 94 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition.

For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A

By _____ #10235
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

| Rick A. Yarnall | Stefanie Clement |
|---|---|
| By _____ 6-13-11 | By _____ |
| Rick A. Yarnall | Stefanie Clement |
| Chapter 13 Trustee | Attorney for Debtors |
| 701 Bridger Avenue #820 | 9960 W. Cheyenne Ave. |
| Las Vegas, NV 89101 | Las Vegas, NV 89129 |
| | Nevada Bar No. 0255 |